AO 279 (Rev. 4/82)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV 01-00712DAE-BMK   DATE FILED 10/29/01 | United States District Court<br>Office of the Clerk<br>300 Ala Moana Blvd., Rm. C-338<br>Honolulu, HI 96850 |
| PLAINTIFF<br>Entertainment by J&J, Inc. | DEFENDANT<br>Colleen Neely, dba Harbor Pub & Pizza |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | *see attached documents* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>[signature] | DATE<br>NOV 0 5 2007 |

☆U.S. G.P.O. 1982-374-279

COPY 2—Upon filing of document adding copyright(s), mail this copy to Register of Copyrights